KAREN S. LINDHOLDT, PLLC
Attorney at Law
1309 W. Dean Avenue, Suite 100
Spokane, WA 99201
Telephone: 509-744-1100
Fax: 509-744-1101
Email: karenlindholdt@gmail.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MEGHAN FITZGERALD, | No. CV-11-0372-LRS |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL WITH PREJUDICE |
| LEGAL HELPERS DEBT RESOLUTION, LLC, | |
| Defendant. | |

The parties to the above-referenced action have stipulated that an Order of Dismissal with Prejudice should be entered in this action. Based on that stipulation, the Court hereby orders that this matter is dismissed with prejudice.

IT IS SO ORDERED.

Dated this 24th day of January, 2012.

*s/Lonny R. Suko*
_____
Honorable Lonny Suko
U.S. District Court Judge

Presented by:

s/ Karen S. Lindholdt
Karen S. Lindholdt, WSBA #24103
Attorney for Plaintiff

Order of Dismissal
Page 2 of 2